IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Marcus, Mack | Case Number: 06 B 01705 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 03/24/09 | Filed: 2/24/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 9, 2009
Confirmed: August 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,438.00 | |
| Secured: | | 4,040.96 |
| Unsecured: | | 0.00 |
| Priority: | | 1,879.12 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 517.92 |
| Other Funds: | | 0.00 |
| Totals: | 9,438.00 | 9,438.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 2,192.08 | 2,020.48 |
| 5. | Capital One Auto Finance | Secured | 2,192.08 | 2,020.48 |
| 6. | Internal Revenue Service | Priority | 3,459.85 | 1,879.12 |
| 7. | Internal Revenue Service | Unsecured | 407.77 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 861.58 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 1,036.56 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 1,192.80 | 0.00 |
| 11. | Americredit Financial Ser Inc | Unsecured | 1,422.35 | 0.00 |
| 12. | Illinois Dept Of Employment Sec | Unsecured | 168.20 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | Harold Washington College | Unsecured | | No Claim Filed |
| 15. | L & M Credit Sales, Inc | Unsecured | | No Claim Filed |
| | | | $ 15,933.27 | $ 8,920.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 29.40 |
| 5% | 13.28 |
| 4.8% | 139.61 |
| 5.4% | 181.94 |
| 6.5% | 131.45 |
| 6.6% | 22.24 |
| | $ 517.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Marcus, Mack | Case Number: 06 B 01705 |
| | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 2/24/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mack*